IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNELLY J. LEBLANC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 09-1685** |
| | : | |
| **COUNTY OF LANCASTER,** *et al.* | : | |

### ORDER

**AND NOW**, this 21st day of October, 2009, upon consideration of the Defendant County of Lancaster's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 8), Defendants Penn Township Police Department and Detective George Pappas' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 10), Defendants Penn Township Police Department and Detective George Pappas' Supplemental Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 15), and the plaintiff's responses, it is **ORDERED** that the motions are **GRANTED** and this action is **DISMISSED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.